UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7810 PA (MRWx) | Date | January 30, 2024 |
|---|---|---|---|
| Title | William Gonzalez, et al. v. County of Los Angeles, et al. | | |

Present: The Honorable  PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS — COURT ORDER

Plaintiffs William Gonzalez and Michael Gonzalez (collectively "Plaintiffs"), on January 29, 2024, filed Oppositions to the Motions for Summary Judgment filed by defendants City of Los Angeles and Los Angeles Police Chief Michel Moore (collectively "the City") and California Highway Patrol Officer Edward McElroy ("McElroy"). Both the City's Motion for Summary Judgment and McElroy's Motion for Summary Judgment are set for hearing on February 12, 2024. Pursuant to Local Rule 7-9, Plaintiffs' Oppositions to those Motions were required to be filed "not later than twenty-one (21) days before the date designated for the hearing of the motion . . . ." Accordingly, Plaintiffs' Oppositions should have been filed no later than January 22, 2024, and Plaintiffs' filing of the Oppositions on January 29, 2024 was late and not in accordance with Local Rule 7-9.

As a result of Plaintiffs' failure to comply with Local Rule 7-9, the Court extends the deadline for the City and McElroy to file their Replies, if any, to February 6, 2024. After that date, the Motions filed by the City and McElroy shall be deemed under submission. The Court will notify the parties once the Court has resolved the Motions or the date and time of a hearing should the Court conclude that oral argument will assist the Court's resolution of the Motions.

Plaintiffs' counsel is ordered to show cause in writing why they should not be sanctioned in an amount up to $1,000.00 for violating Local Rule 7-9 by filing their Oppositions one week after the applicable filing deadline. Plaintiffs' counsel's response to the Order to Show Cause shall be filed by no later than February 5, 2024.

IT IS SO ORDERED.