JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GONZALEZ and MICHAEL GONZALEZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | CV 23-7810 PA (MRWx)<br><br>JUDGMENT |

Pursuant to the Court's February 7, 2024 Minute Order granting in part the Motions for Summary Judgment filed by defendants Edward McElroy ("McElroy"), City of Los Angeles (the "City") and Los Angeles Police Chief Michel Moore ("Chief Moore") (collectively "Defendants"), which granted summary judgment to Defendants on the federal claims asserted by plaintiffs William Gonzalez and Michael Gonzalez (collectively "Plaintiffs") and declined to exercise supplemental jurisdiction over the remaining state law claims asserted by Plaintiffs in the Third Amended Complaint,[1]

---

[1] The claims of Plaintiffs against defendants County of Los Angeles, Los Angeles County Sheriff's Office, California Highway Patrol, and certain claims against McElroy have, during the course of the litigation, been dismissed either voluntarily, by stipulation, or as the result of demurrer while the action was pending in the Los Angeles Superior Court.

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is
entered in favor of Defendants on Plaintiffs' second, third, fourth, fifth, sixth, seventh, eighth, and fourteenth claims.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims, and that those claims are dismissed without prejudice.  See 28 U.S.C. § 1367(c)(3).

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing on their federal claims and that Defendants shall have their costs of suit.

   IT IS SO ORDERED.

DATED: February 7, 2024            _____
                                    Percy Anderson
                                    UNITED STATES DISTRICT JUDGE